COUNT 72

The Grand Jury further charges that:

On or about March 23, 2000, in the District of Hawaii, Casey Smythe, aka "K.C.," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 73

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Juan Hernandez, aka "Juan Luis," aka "Piolas," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

45

<u>COUNT 74</u>

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Sabino Albarran, aka "Pelon," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 75</u>

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Holmar Hernandez, aka "Omar," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 76</u>

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, Mona Hiiaca Huihui, aka "Jiaca," and defendant FELIPE RUIZ-CASTRO

used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 77

The Grand Jury further charges that:

On or about March 27, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Fermin Rivera used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 78

The Grand Jury further charges that:

On or about March 27, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Armando Montano Rodriguez, aka "Camote," aka "Teco," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine,

47

heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 79

The Grand Jury further charges that:

On or about March 28, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United State Code, Section 843(b).

COUNT 80

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

48

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 81

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO, Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Mona Hiiaca Huihui, aka "Jiaca," and Karla Kahau did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, that is, approximately 1000 grams of crystal methamphetamine - "ice," a Schedule II controlled substance. The defendants knowing and intending that the quantity of crystal methamphetamine - "ice," would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 82

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, Robert Mahoney and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 83

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Ana Marino, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 84

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendants MARTIN ARREAGA, aka "El Burro," aka "Manny," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

50

<u>COUNT 85</u>

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, defendants FRANCISCO MORA-GARCIA, aka "Pancho," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 86</u>

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 87</u>

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, Jose Luis Vasquez and defendant FELIPE RUIZ-CASTRO used and

51

caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 88

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 89

The Grand Jury further charges that:

On or about April 7, 2000, in the District of Hawaii, defendant FELIPE RUIZ-CASTRO and Tomas Marino, Jr. used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine

52

- "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 90

The Grand Jury further charges that:

On or about April 9, 2000, in the District of Hawaii, Ana Marino and defendant FRANCISCO MORA-GARCIA, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 91

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Fermin Rivera, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

53

COUNT 92

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 93

The Grand Jury further charges that:

On or about April 13, 2000, Brian Joshua Jones, aka "El Tigre," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, in excess of 5000 grams, that is, approximately six kilograms of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

54

<u>COUNT 94</u>

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 95</u>

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 96</u>

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO

55

used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 97

The Grand Jury further charges that:

On or about April 14, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Carlos Guerrero, aka "Pepechin," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 98

The Grand Jury further charges that:

On or about April 14, 2000, in the District of Hawaii, defendants FELIPE RUIZ-CASTRO and FRANCISCO MORA-GARCIA, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission

56

of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 99

The Grand Jury further charges that:

On or about April 14, 2000, in the District of Hawaii and elsewhere, Fermin Rivera and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 100

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Pualani Horswill, aka "Pua," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled

substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 101

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Alvaro LNU, aka "Guero," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 102

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, the defendant FRANCISCO MORA-GARCIA, aka "Pancho," Thomas Marino, Sr., and Ana Marino, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 103

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, the defendant FRANCISCO MORA-GARCIA, aka "Pancho," and Antonio Perez, aka "Tony," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 104

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO, Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas and Brian Joshua Jones, aka "El Tigre," did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of cocaine, in excess of 5000 grams, that is, approximately six (6) kilograms of cocaine, a Schedule II controlled substance. The defendants knew and intended the cocaine would be distributed in Hawaii.

59

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 105

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Carlos Guerrero, aka "Pepechin," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 106

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Gustavo Sanchez used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

60

<u>COUNT 107</u>

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Antonio Perez, aka "Tony," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 108</u>

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Thomas Marino, Sr. used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

61

COUNT 109

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 110

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii, Leroy Mollena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 111</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Rosie LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 112</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Brian Paschoal used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 113</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas,

63

aka "Jorge Cano," aka "George," used and caused to be used a
communications facility, that is, a telephone, in causing or
facilitating the commission of a conspiracy to distribute a
quantity of cocaine, a Schedule II controlled substance, and
heroin, a Schedule I controlled substance, a felony under Title
21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

### COUNT 114

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii,
the defendant FELIPE RUIZ-CASTRO and Pualani Horswill, aka "Pua,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute a quantity of cocaine, a Schedule II
controlled substance, and heroin, a Schedule I controlled
substance, a felony under Title 21, United States Code, Section
846.

All in violation of Title 21, United States Code,
Section 843(b).

### COUNT 115

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii
and elsewhere, the defendant FELIPE RUIZ-CASTRO and Jorge Casas,
aka "Jorge Cano," aka "George," used and caused to be used a
communications facility, that is, a telephone, in causing or

facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 116

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, the defendant FELIPE RUIZ-CASTRO did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the Western Union wire transfer of $700 in U.S. currency, which involved the proceeds of a specified unlawful activity, that is, the distribution of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds in the amount of $700 represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I).

<u>COUNT 117</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Raul LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 118</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Arturo Flores, aka "El Bomba," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

66

COUNT 119

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Fermin Rivera used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 120

The Grand Jury further charges that:

On or about April 19, 2000, in the District of Hawaii, the defendant FELIPE RUIZ-CASTRO and Sabino Albarran, aka "Pelon," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 121

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Juan Hernandez, aka "Juan Luis," aka "Piolas," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 122

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Casey Smythe, aka "K.C.," and defendant FRANCISCO MORA-GARCIA, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 123

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Juan Hernandez, aka "Juan Luis," aka "Piolas," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 124

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Pualani Horswill, aka "Pua," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 125</u>

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, Leah Cardenas and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 126</u>

The Grand Jury further charges that:

On or about April 21, 2000, in the District of Hawaii, Casey Smythe, aka "K.C." and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 127</u>

The Grand Jury further charges that:

On or about April 21, 2000, in the District of Hawaii, Jorge Casas, aka "Jorge Cano," aka "George," and defendant FELIPE

70

RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 128

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii, Sergio LNU, aka "Carlos," and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 129

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii, Alvaro LNU, aka "Guero," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and

71

marijuana, all controlled substances, a felony under Title 21,
United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 130

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii,
defendant FRANCISCO MORA-GARCIA, aka "Pancho," and Arturo Flores,
aka "El Bomba," used and caused to be used a communications
facility, that is, a telephone, in causing or facilitating the
commission of a conspiracy to distribute cocaine, heroin, crystal
methamphetamine - "ice," and marijuana, all controlled
substances, a felony under Title 21, United States Code, Section
846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 131

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii
and elsewhere, Eduardo Velasco, aka "Carlos Perez-Garcia," and
defendant FELIPE RUIZ-CASTRO used and caused to be used a
communications facility, that is, a telephone, in causing or
facilitating the commission of a possession with intent to
distribute a quantity of crystal methamphetamine - "ice," in
excess of 50 grams, to wit, approximately 140 grams of crystal

methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 132

The Grand Jury further charges that:

On or about April 23, 2000, in the District of Hawaii and elsewhere, Fermin Pena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, to wit, approximately 140 grams of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 133

On or about April 26, 2000, in the District of Hawaii and elsewhere, Fermin Pena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, to wit, approximately 140 grams of crystal methamphetamine - "ice," a

73

Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 134

On or about April 27, 2000, in the District of Hawaii and elsewhere, Fermin Pena, Eduardo Velasco, aka "Carlos Perez-Garcia," and defendant FELIPE RUIZ-CASTRO did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, to wit, approximately 140 grams of crystal methamphetamine - "ice," a Schedule II controlled substance.  The defendants knew and intended that the crystal methamphetamine - "ice," would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 135

The Grand Jury further charges that:

On or about April 28, 2000, in the District of Hawaii, defendants FRANCISCO MORA-GARCIA, aka "Pancho," and FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 136

The Grand Jury further charges that:

On or about April 29, 2000, in the District of Hawaii, defendant FRANCISCO MORA-GARCIA, aka "Pancho," and Brian Paschoal used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of marijuana, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 137

The Grand Jury further charges that:

On or about April 29, 2000, in the District of Hawaii and elsewhere, Fermin Pena and defendant FELIPE RUIZ-CASTRO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 138</u>

The Grand Jury further charges that:

On or about May 1, 2000, in the District of Hawaii and elsewhere, defendant FELIPE RUIZ-CASTRO and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

DATED: _____May 3, 2000_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney


<u>United States v. Felipe Ruiz-Castro, et al.</u>
"Indictment"
Cr. No. _____

76