

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
LORETTA SHEEHAN
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2001

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00182-01 SOM |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | 21 U.S.C. § 853 |
| | ) | |
| FELIPE RUIZ-CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

Based upon the offense alleged in count 1 of the Second Superseding Indictment, Defendant Felipe Castro-Ruiz shall forfeit to the United States any and all property constituting or derived from, any proceeds the said defendant obtained directly or indirectly as a result of the said enterprise; any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged

in Count 1 of the Second Superseding Indictment, and any of said defendant's interest in, claims against and property and contractual rights of any kind which afforded a source of influence over the said continuing criminal enterprise, including but not limited to the following:

    1.   All of that certain parcel of land being described as Apartment No. A-201, comprising a portion of the Hale Royale Condominium Project as described in and established by Declaration of Horizontal Property Regime dated October 8, 1979, recorded in the Bureau of Conveyances of the State of Hawaii in Book 14384 at Page 38, as the same may have been amended from time to time as shown on the plans of the Project recorded in said Bureau as Condominium File Plan No. 679, as the same may have been amended from time to time, situated between Lower Honoapiilani Road and Honopiilani Highway, being at Mahinahina, Kaanapali, Lahaina, Maui, Hawaii as Tax Map Key Number 4-03-006-005, CPR 15, at 3788 Honoapiilani Road, and all appurtenances and improvements thereto;

    2.   One 1999 Toyota 4-Runner Pickup, Vehicle Identification Number JT3GN86R5X0106236, License Number MEX631;

    3.   One 1996 Honda Accord Sedan, Vehicle Identification Number 1HGCD5538TA052462, License Number MBP069;

Furthermore, any and all property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of the offenses.

Furthermore, any and all property located within the United States, and any property not specifically named herein which was used, or intended to be used, to commit or to facilitate the commission of said offenses, and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

By virtue of the commission by said defendant of the said offense charged in the Second Superseding Indictment, said defendant shall forfeit any and all interest he has in the aforesaid properties pursuant to Title 21, United States Code, Section 853.

//
//
//
//
//
//

All in violation of Title 21, United States Code, Section 853.

DATED: _March 29, 2001_, at Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

USA v. FELIPE RUIZ-CASTRO
"Information"

4