PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 7 2007

at 8 o'clock and 2 min. A M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  FELIPE RUIZ-CASTRO          Case Number:  CR 00-00182SOM-01

Name of Sentencing Judicial Officer:    The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence:  5/2/2002

Original Offense:   Count 1: Continuing Criminal Enterprise, in violation of 21 U.S.C. §§ 848(a) and (c), a Class A felony

Count 134: Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(a)(1), a Class C felony

Single-Count Information: Criminal Forfeiture, in violation of 21 U.S.C. § 853

Original Sentence:  Ninety-seven (97) months imprisonment as to each of Counts 1 and 134 to be followed by four (4) years supervised release, as to Count 1, and a term of three (3) years supervised release as to Count 134, all such terms to run concurrently.  The following special conditions of supervised release were imposed:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Prob 12B
(7/93)

2

Type of Supervision:  Supervised Release   Date Supervision Commenced:  10/27/2006

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

> 4)   Felipe Ruiz-Castro, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 U.S.C. 3583(d).

## CAUSE

The subject's term of supervised release commenced on 10/27/2006 in the Central District of California (CD/CA).  Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modification and that the subject be allowed to travel to Guanajuato, Mexico.

In light of U.S. vs. Stephens, the probation officer is requesting the authority to continue random drug testing outside of treatment in order to monitor the subject's compliance.  The subject's substance abuse history includes the use of marijuana, crack cocaine, and cocaine.

Our office supports this request and respectfully recommends the Court modify the mandatory drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term.

As noted by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release, the subject maintains no objection to the modification of the general condition.  As a courtesy, the subject's attorney and the U.S. Attorney's Office were notified of the proposed modification and also had no objections.

This report also notifies the Court that the subject is requesting to travel to Guanajuato, Mexico, to visit his family.  According to the supervising probation officer in the CD/CA, the subject has been "relatively" compliant with his supervised release conditions.  The subject requested to depart Los Angeles, California, on 5/4/2007 and return on 5/14/2007.  While in Mexico, the subject will reside with his family.

On 4/10/2007, our office consulted the U.S. Attorney's Office regarding the subject's request to travel to Mexico.  The U.S. Attorney's office objected to the subject's travel.  As the Court may recall, the subject was involved in a significant drug-trafficking operation between Mexico and the United States.  As a part of the offense, the subject used his restaurant on the island of Maui to distribute large quantities of methamphetamine and cocaine.

Prob 12B
(7/93)

3

    Considering the instant offense and that the subject has only been under supervision for approximately six (6) months, our office respectfully recommends that the Court deny the subject's request to travel to Mexico.

    Lastly, this report serves to inform the Court that the CD/CA will accept a transfer of jurisdiction. This transfer will expedite any future matters that may require Court intervention. Should the Court concur with the request to transfer jurisdiction in this case, Your Honor's signature is requested on both originals of Probation Form 22, Transfer of Jurisdiction

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 4/13/2007

Prob 12B
(7/93)

4

## THE COURT ORDERS:

__X__ The modification of conditions as noted above and transfer of jurisdiction, and denies foreign travel (as recommended).

_____ Other

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Court Judge

4/16/07
Date

PROB 49
(3/89)

# United States District Court

_____ District _____ of Hawaii _____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Felipe Ruiz-Castro, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583 (d).

Witness _Arlene Carty_____                    Signed _Felipe Ruiz-Castro_____
            U.S. Probation Officer                                                                      Probationer or Supervised Releasee

                                                               03/16/07
                                                                 Date