**DUPLICATE ORIGINAL**

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR 00-00182SOM-01 |
| DOCKET NUMBER (Rec. Court) | CR 07-00472 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| FELIPE RUIZ-CASTRO | District of Hawaii | Honolulu |

FILED - SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT
MAY 29 2007
CENTRAL DISTRICT OF CALIFORNIA

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| SUSAN OKI MOLLWAY | | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/27/2006 | TO 10/26/2009 |

OFFENSE  Count 1: Continuing Criminal Enterprise, in violation of 21 U.S.C. §§ 848(a) and (c), a Class A felony; Count 134: Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(a)(1), a Class C felony; and Single-Count Information: Criminal Forfeiture, in violation of 21 U.S.C. § 853

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California (Lancaster) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/16/07
Date

/s/ Susan Oki Mollway
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 29 2007
Effective Date

CHIEF   United States District Judge

ALICEMARIE H. STOTLER