# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 19, 2007

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE:    TRANSFER OF JURISDICTION, Prob 22
       USDC HI Case No. CR 00-00182 SOM-01
       USA vs. Felipe Ruiz-Castro (01)
       USDC Central District of California Case No. CR 07-00472 R

Dear Sir,

       Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: Second Superseding Indictment, Information, Judgment, Prob 22 - Transfer of Jurisdiction and docket sheet.

       Please acknowledge receipt on the copy of this letter and return.

                                   Sincerely,

                                   Sue Beitia, Clerk

                          By:    _____
                                   Deputy Clerk

encl.

cc: US Probation, Honolulu, HI
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Receipt is acknowledged by:
By:_____, Clerk, US District Court of Central District of Calif.

Date: _____